UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 15 Cr. 667-5 (KPF) |
| TRAVELL THOMAS, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

On June 12, 2020, Defendant Travell Thomas filed a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). (Dkt. #596). The Government is hereby ORDERED to respond on or before **June 22, 2020**. If Mr. Thomas wishes to file a reply brief he may do so on or before **June 26, 2020**.

SO ORDERED.

Dated: June 15, 2020
       New York, New York

*Katherine Polk Failla*

KATHERINE POLK FAILLA
United States District Judge