# FREEMAN, NOOTER & GINSBERG
## ATTORNEYS AT LAW

LOUIS M. FREEMAN
THOMAS H. NOOTER*
LEE A. GINSBERG

CHARLENE RAMOS
OFFICE MANAGER

*NY AND CALIF. BARS


**MEMO ENDORSED**

75 MAIDEN LANE
SUITE 503
NEW YORK, N.Y. 10038

(212) 608-0808
TELECOPIER (212) 962-9696
E-MAIL: FNGLAW@AOL.COM
WWW.FNGLAW.COM

August 24, 2020

Honorable Katherine Polk Failla
United States District judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: **United States v. Travell Thomas**
15 CR 667 (KPF)

Dear Judge Failla:

On June 12, 2020 I filed a motion for compassionate release on behalf of Mr. Thomas. The government replied on June 20, 2020. I sent additional material on July 23, 2020 and July 30, 2020 updating the court on the status of COVID cases at the facility.

To date, I have not seen a posting on ECF with a decision from the court. I am concerned that somehow I missed it or it was decided but not posted. Thank you for your time.

Respectfully,

/S/ Lee Ginsberg
Lee Ginsberg

cc: All counsel (ECF)

```
The Court is in receipt of the above letter and the motion for
compassionate release, and will resolve the motion in due
course.
```

SO ORDERED.

Dated: August 25, 2020
       New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE